RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
819 I Street
Lincoln, California 95648-1742
Telephone: (916) 645-7278
Facsimile: (916) 290-0539
E-Mail: rlalawyer@yahoo.com

Attorneys for Plaintiff
RENE CARRANZA, individually
and dba LOS MOJADOS DEL NORTE and
EL SAPITO RECORDS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENE CARRANZA, an individual, and dba LOS MOJADOS DEL NORTE and EL SAPITO RECORDS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL MUSIC GROUP, INC., a Delaware Corporation, UNIVERSAL MUSIC DISTRIBUTION, a California Corporation, WAL-MART STORES, INC., a Delaware Corporation, TARGET STORES, INC., a Delaware Corporation, AMAZON.COM, a Delaware Corporation, UNIVISION.COM, a business entity unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 09-CV-03604-GW-CW<br><br>**STIPULATION TO CONTINUE EARLY MEDIATION CONFERENCE AND SCHEDULING CONFERENCE; AND ORDER** |

Plaintiff and all Defendants stipulate, through their respective counsel, as follows:

1. The Early Mediation Conference, set before Magistrate Judge Woehrle for October 21, 2009, had to be postponed because plaintiff's counsel was ill.

2. Magistrate Judge Woehrle has indicated that she can hear the Early Mediation Conference on December 17, 2009 at 3:00 p.m.

3. The parties agree that the Early Mediation Conference should be rescheduled to December 17, 2009 at 3:00 p.m. before Magistrate Judge Woehrle.

4. The parties further agree that the Scheduling Conference should not go forward until after the Early Mediation. They therefore ask the Court to reset the Scheduling Conference for the first convenient date in January 2010.

Dated: October 26, 2009

LAW OFFICES OF RICHARD L. ANTOGNINI

By: /s/Richard L. Antognini
Richard L. Antognini
Attorneys for Plaintiff
RENE CARRANZA

DATED: October 26, 2009

CALDWELL LESLIE & PROCTOR, PC

By /s/ Linda M. Burrow
LINDA M. BURROW
Attorneys for Defendants UNIVERSAL MUSIC GROUP, INC. and UNIVERSAL MUSIC DISTRIBUTION

DATED: October 26, 2009

FOLEY & LARDNER, LLP

By /s/ Laura L. Chapman
LAURA L. CHAPMAN
Attorneys for Defendant WAL-MART STORES, INC.

DATED: October 26, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By /s/ Timothy L. Skelton
TIMOTHY L. SKELTON
Attorneys for Defendant AMAZON.COM and TARGET STORES, INC.

**ORDER**

Pursuant to the stipulation of counsel, IT IS ORDERED

1. That the Early Mediation Conference is rescheduled for December 17, 2009 at 3:00 p.m. before Magistrate Judge Woehrle; and

2. The Scheduling Conference is continued to **January 11, 2010 at 8:30 a.m.**

Dated: October 29, 2009

UNITED STATES DISTRICT JUDGE