RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
819 I Street
Lincoln, California 95648-1742
Telephone:	(916) 645-7278
Facsimile:	(916) 290-0539
E-Mail:	rlalawyer@yahoo.com

Attorneys for Plaintiffs
RENE CARRANZA, LOS MOJADOS DEL NORTE and
EL SAPITO RECORDS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CARRANZA, an individual, on behalf of LOS MOJADOS DEL NORTE and EL SAPITO RECORDS, a California Company<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LIDERES ENTERTAINMENT GROUP, a Florida Corporation, UNIVERSAL MUSIC GROUP, INC., a Delaware Corporation, UNIVERSAL MUSIC DISTRIBUTION, a California Corporation, WAL-MART STORES, INC., a Delaware Corporation, TARGET STORES, INC., a Delaware Corporation, AMAZON.COM, a Delaware Corporation, BARNES & NOBLE, INC., a Delaware Corporation, UNIVISION.COM, a business entity unknown; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.:  09-CV-03604-GW-CW<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |

　　Pursuant to the stipulation of the parties, Plaintiffs RENE CARRANZA, LOS MOJADOS DEL NORTE, and EL SAPITO RECORDES are allowed to substitute RENE CARRANZA, in pro per, 305 S. Rexford Street, Rialto, California 92376, (909) 644-7321, as

---

**(PROPOSED) ORDER GRANTING SUBSITUTION OF COUNSEL**　　　Case No. 09-CV-03604-GW-CW

- 1 -

1  their counsel in place of Richard L. Antognini of the Law Offices of Richard L. Antognini, 819 I

2  Street, Lincoln, California 95648-1742, (916) 645-7278.

3  Dated: March 25, 2010

_____
United States District Judge