1  CALDWELL LESLIE & PROCTOR, PC
   LINDA M. BURROW, State Bar No. 194668
2    *burrow@caldwell-leslie.com*
   LENNETTE W. LEE, State Bar No. 263023          **MADE JS-6**
3    *lee@caldwell-leslie.com*
   1000 Wilshire Boulevard, Suite 600
4  Los Angeles, California  90017-2463
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Defendants
   UNIVERSAL MUSIC GROUP, INC. and
7  UNIVERSAL MUSIC DISTRIBUTION

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11
   RENE CARRANZA ,et al.,                | Case No. CV 09-3604 GW (CWx)
12
                Plaintiffs,              | **JUDGMENT  IN FAVOR OF**
13                                       | **PLAINTIFF RENE CARRANZA**
        v.
14                                       | Trial Date:        April 26, 2011
   LIDERES ENTERTAINMENT, et al.,
15
                Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

1    This action came on for hearing before the Court on March 7, 2011 at 8:30

2  a.m., on Defendants Universal Music Group, Inc. and Universal Music

3  Distribution's (collectively, the "UMG Defendants") Motion for Pretrial Conference

4  and Pretrial Order (the "Motion"), and a pretrial conference pursuant to Fed. R. Civ.

5  P. 16 was held at that time.  For purposes of the Motion, the UMG Defendants have

6  conceded liability as to the claims asserted by Plaintiff Rene Carranza ("Plaintiff"),

7  do not contest that Plaintiff's damages amount to $7,678, and reserve their right to

8  dispute their liability and the amount of Plaintiff's damages should there be further

9  litigation or appeal in this matter.  Accordingly, the evidence presented having been

10  fully considered, the issues having been duly heard, and a decision having been duly

11  rendered that there are no disputed issues left to be determined,

12

13    IT IS THEREFORE ORDERED AND ADJUDGED that judgment is entered

14  in favor of Plaintiff and against the UMG Defendants in this action.  Damages for

15  copyright infringement are awarded against the UMG Defendants and in favor of

16  Plaintiff in the amount of $7,678.  The UMG Defendants are directed to issue said

17  amount to Plaintiff within 21 days from either the date on which judgment is

18  entered, or from the date on which Plaintiff provides the UMG Defendants with a

19  completed IRS Form W-9, whichever is later.  Should there be further litigation of

20  this matter, including but not limited to litigation following an appeal, the UMG

21  Defendants shall have the right to contest their liability and the amount of Plaintiff's

22  damages.

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

-2-

1    Each side shall bear its own costs.

2

3    **IT IS SO ORDERED.**

4    Dated:   March 11, 2011
                                          _____
5                                         The Honorable George H. Wu
                                          United States District Court Judge
6

7    Prepared By:

8    _____/S/_____
     CALDWELL LESLIE & PROCTOR, PC
9    Attorneys for Defendants
     UNIVERSAL MUSIC GROUP, INC. and
10   UNIVERSAL MUSIC DISTRIBUTION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28